RECEIVED
IN ALEXANDRIA, LA.

JUL 2 1 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

GLORIA ABRAHAM
    o/b/o the minor child J.C.G.

CIVIL ACTION NO. 09-1394

VERSUS

DISTRICT JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

MICHAEL ASTRUE, COMMISSIONER
    OF SOCIAL SECURITY

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

    IT IS ORDERED that Abraham's appeal is DENIED WITH PREJUDICE.

    THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE